UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID FRITZ, an individual, | NO. 2:15-CV-09727-JAK (ASx) |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATION AND JUDGMENT |
| NUWAVE BROADBAND, INC., a California corporation; et al., | |
| Defendants. | |

Based on the Stipulation of Dismissal with Prejudice and Request for Entry of Judgment in Favor of Alpha Technologies Services, Inc. and the Order Dismissing Case Without Prejudice (Dkt. #46), it is hereby ORDERED that:

1. Plaintiff David Fritz's claims in this action against Defendant Alpha Technologies Services, Inc. are dismissed with prejudice.

2. Pursuant to Fed. R. Civ. P. 58, judgment is entered in favor of Defendant Alpha Technologies Services, Inc., with the parties to bear their own attorney's fees and costs.

IT IS SO ORDERED this 9th day of January, 2017.

_____
John A. Kronstadt
United States District Judge